# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE G. NATER OCASIO, <br><br> Plaintiff, <br><br> v. <br><br> X-SQUARE CAPITAL, LLC., <br><br> Defendant. | CIVIL NO. 16-1937 (PAD) |

## JUDGMENT

Pursuant to this Court's Order of even date (Docket No. 11), this Case is hereby REMANDED to the San Juan Part of the Court of First Instance of Puerto Rico. This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 20th day of June, 2016.

                                                 S/Pedro A. Delgado-Hernández
                                                 PEDRO A. DELGADO HERNANDEZ
                                                 United States District Judge